CR 123 062

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2023 NOV -1 P 5: 24

SO. DIST. GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) FILED UNDER SEAL |
| v. | ) |
| | ) 21 U.S.C. § 846 |
| EDWARD JAKE WALTERS, | ) Conspiracy to Possess with |
| a/k/a "STATE FARM," | ) Intent to Distribute and to |
| a/k/a "JAKE FROM STATE FARM," | ) Distribute a Controlled |
| PHILLIP SMITH, | ) Substance (Methamphetamine) |
| DUSTIN BAYLES, | ) |
| GLEN TAYLOR, | ) 21 U.S.C. § 841(a)(1) |
| LINDA CAMPBELL, | ) Distribution of a Controlled |
| JOSHUA WASDEN, | ) Substance (Methamphetamine) |
| BRIAN HILLIARD, | ) |
| GARY HOLCOMB, | ) 21 U.S.C. § 841(a)(1) |
| DONNIE SKILLMAN, and | ) Possession with Intent to |
| DESTINY POOLE. | ) Distribute a Controlled |
| | ) Substance (Methamphetamine) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 922(k) |
| | ) Possession of a Firearm with an |
| | ) Obliterated Serial Number |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute and*
*to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 846

Beginning on a date at least as early as March 23, 2022, up to and including

the return date of this Indictment, the precise dates being unknown, in Columbia County, Richmond County, and McDuffie County, within the Southern District of Georgia, and elsewhere, the Defendants,

**EDWARD JAKE WALTERS,**
**a/k/a "STATE FARM,"**
**a/k/a "JAKE FROM STATE FARM,"**
**PHILLIP SMITH,**
**DUSTIN BAYLES,**
**GLEN TAYLOR,**
**LINDA CAMPBELL,**
**JOSHUA WASDEN,**
**BRIAN HILLIARD,**
**GARY HOLCOMB,**
**DONNIE SKILLMAN,**
**and**
**DESTINY POOLE**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a quantity of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about March 23, 2022, in Columbia County, within the Southern District of Georgia, the Defendant,

### GARY HOLCOMB,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about April 14, 2022, in Richmond County, within the Southern District of Georgia, the Defendants,

**GARY HOLCOMB,
and
DONNIE SKILLMAN,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about April 25, 2022, in Columbia County, within the Southern District of Georgia, the Defendants,

**GARY HOLCOMB,**
**and**
**BRIAN HILLIARD,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about May 11, 2022, in Columbia County, within the Southern District of Georgia, the Defendants,

**GARY HOLCOMB,**
**and**
**BRIAN HLLIARD,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about June 8, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

### GARY HOLCOMB,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 28, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

### DONNIE SKILLMAN,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about June 28, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

### DONNIE SKILLMAN,

did knowingly possess firearms, to wit:

- CBC, model 25, 20 gauge shotgun;

- HiPoint, model 995, 9mm caliber rifle;

- Hi Standard model 25, .22 caliber rifle;

- Smith & Wesson, model 66, .357 caliber revolver;

- Koon, H Inc, model Snake Charmer, .410 gauge shotgun; and

- Ruger, model American, .308 caliber rifle;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession of Methamphetamine With Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 28, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

## DONNIE SKILLMAN,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- CBC, model 25, 20 gauge shotgun;

- HiPoint, model 995, 9mm caliber rifle;

- Hi Standard model 25, .22 caliber rifle;

- Smith & Wesson, model 66, .357 caliber revolver;

- Koon, H Inc, model Snake Charmer, .410 gauge shotgun; and

- Ruger, model American, .308 caliber rifle;

which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN
*Possession of a Firearm With an Obliterated Serial Number*
18 U.S.C. § 922(k)

On or about June 28, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

### DONNIE SKILLMAN,

knowingly possessed a firearm, that is, a HiPoint, model 995, 9mm caliber rifle, that had been shipped and transported in interstate commerce, from Ohio to Georgia, from which the manufacturer's serial number had been removed, altered, and obliterated.

All in violation of Title 18, United States Code, Section 922(k) and 924(a)(1)(B).

## COUNT ELEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 21, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

## GARY HOLCOMB,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus model PT111 G2, 9mm caliber pistol which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWELVE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 9, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

**BRIAN HILLIARD,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 9, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

### BRIAN HILLIARD,

did knowingly possess firearms, to wit:

- Taurus, model PT709 Slim, 9mm caliber pistol; and

- HiPoint, model CF380, 380 caliber pistol;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession of Methamphetamine With Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 12 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOURTEEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 9, 2022, in Columbia County, within the Southern District of Georgia, the Defendant,

### BRIAN HILLIARD,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- Taurus, model PT709 Slim, 9mm caliber pistol; and

- HiPoint, model CF380, .380 caliber pistol;

which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIFTEEN
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about August 24, 2022, in Columbia County, within the Southern District of Georgia, the Defendants,

**EDWARD JAKE WALTERS,**
**a/k/a "STATE FARM,"**
**a/k/a "JAKE FROM STATE FARM,"**
**and**
**DESTINY POOLE,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about September 7, 2022, in Richmond County, within the Southern District of Georgia, the Defendant,

## LINDA CAMPBELL,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about January 17, 2023, in Richmond County, within the Southern District of Georgia, the Defendant,

**PHILLIP SMITH,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 16, 2023, in Richmond County, within the Southern District of Georgia, the Defendant,

## PHILLIP SMITH,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- Heritage MFG, model Rough Rider, .22 caliber revolver; and

- Glock, model 17, 9mm caliber pistol;

which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINETEEN
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 6, 2023, in McDuffie County, within the Southern District of Georgia, the Defendant,

### DUSTIN BAYLES,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWENTY**
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 20, 2023, in Columbia County, within the Southern District of Georgia, the Defendants,

**EDWARD JAKE WALTERS,**
**a/k/a "STATE FARM,"**
**a/k/a "JAKE FROM STATE FARM,"**
**and**
**DESTINY POOLE,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about April 20, 2023, in Columbia County, within the Southern District of Georgia, the Defendants,

**EDWARD JAKE WALTERS,**
**a/k/a "JAKE FROM STATE FARM",**
**a/k/a "STATE FARM",**
**and**
**DESTINY POOLE,**

did knowingly possess a firearm, to wit, a Taurus, model PT145, .45 caliber pistol, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Possession of Methamphetamine With Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 20 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWENTY-TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 20, 2023, in Columbia County, within the Southern District of Georgia, the Defendant,

**EDWARD JAKE WALTERS,**
**a/k/a "STATE FARM,"**
**a/k/a "JAKE FROM STATE FARM,"**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Taurus, model PT145, .45 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-THREE
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about June 26, 2023, in McDuffie County, within the Southern District of Georgia, the Defendant,

**JOSHUA WASDEN,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 11, 2023, in McDuffie County, within the Southern District of Georgia, the Defendant,

**JOSHUA WASDEN,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One Through Twenty-Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881(a), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Counts Eight, Nine, Ten, Eleven, Thirteen, Fourteen, Eighteen, Twenty-One, and/or Twenty-Two of this Indictment, the Defendants, **EDWARD JAKE WALTERS a/k/a "STATE FARM" a/k/a "JAKE FROM STATE FARM," PHILLIP SMITH, DUSTIN BAYLES, GLEN TAYLOR, LINDA CAMPBELL, JOSHUA WASDEN, BRIAN HILLIARD, GARY HOLCOMB, DONNIE SKILLMAN, and DESTINY POOLE** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

- Heritage MFG, model Rough Rider, .22 caliber revolver, S/N E44964, and associated ammunition;

- Glock, model 17, 9mm caliber pistol, S/N BGMG603, and associated ammunition;

- Taurus, model PT145, .45 caliber pistol, S/N NXC57353, and associated ammunition;

- Taurus, model PT709 Slim, 9mm caliber pistol, S/N TGT26095, and associated ammunition;

- HiPoint, model CF380, .380 caliber pistol, S/N P8115881, and associated ammunition;

- Taurus model PT111 G2, 9mm caliber pistol, S/N TJW61352, and associated ammunition;

- CBC, model 25, 20 gauge shotgun, S/N 870793, and associated ammunition;

- HiPoint, model 995, 9mm caliber rifle, obliterated serial number, and associated ammunition;

- Hi Standard model 25, .22 caliber rifle, no serial number, and associated ammunition;

- Smith & Wesson, model 66, .357 caliber revolver, S/N DLD3511, and associated ammunition;

- Koon, H Inc, model Snake Charmer, .410 gauge shotgun, S/N 43863, and associated ammunition; and

- Ruger, model American, .308 caliber rifle, S/N 691008209 and associated ammunition.

Upon conviction of the offenses set forth in Counts One, Two, Three, Four, Five, Six, Seven, Twelve, Fifteen, Sixteen, Seventeen, Nineteen, Twenty, Twenty-Three, and/or Twenty Four of this Indictment, the Defendants, **EDWARD JAKE WALTERS a/k/a "STATE FARM" a/k/a "JAKE FROM STATE FARM," PHILLIP SMITH, DUSTIN BAYLES, GLEN TAYLOR, LINDA CAMPBELL,**

**JOSHUA WASDEN, BRIAN HILLIARD, GARY HOLCOMB, DONNIE SKILLMAN, and DESTINY POOLE**, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a) and 881(a), any property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense, including but not limited to:

- Heritage MFG, model Rough Rider, .22 caliber revolver, S/N E44964, and associated ammunition;

- Glock, model 17, 9mm caliber pistol, S/N BGMG603, and associated ammunition;

- Taurus, model PT145, .45 caliber pistol, S/N NXC57353, and associated ammunition;

- Taurus, model PT709 Slim, 9mm caliber pistol, S/N TGT26095, and associated ammunition;

- HiPoint, model CF380, .380 caliber pistol, S/N P8115881, and associated ammunition;

- Taurus model PT111 G2, 9mm caliber pistol, S/N TJW61352, and associated ammunition;

- CBC, model 25, 20 gauge shotgun, S/N 870793, and associated ammunition;

- HiPoint, model 995, 9mm caliber rifle, obliterated serial number, and associated ammunition;

28

- Hi Standard model 25, .22 caliber rifle, no serial number, and associated ammunition;

- Smith & Wesson, model 66, .357 caliber revolver, S/N DLD3511, and associated ammunition;

- Koon, H Inc, model Snake Charmer, .410 gauge shotgun, S/N 43863, and associated ammunition; and

- Ruger, model American, .308 caliber rifle, S/N 691008209 and associated ammunition.

If any of the property described above, as a result of any act or commission of the Defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

{signatures on the following page}

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division