UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-CR-62-7 |
| | ) | |
| BRIAN HILLIARD | ) | |
| | ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to S.D. Ga. Loc. Crim. R. 49.1, and for good cause shown therein, it is hereby ORDERED:

That the Government's Sentencing Motion and any resulting order from the Court, be sealed until further Order by this Court, upon consideration of the factors set forth in Fed. R. Crim. Pro. 49.1 and *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1363 (11th Cir. 2021).

That the Government's Sentencing Motion and any resulting order from the Court should remain sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law. SDGA LR Crim 49.1(b)(1)(D). The access and use of the sealed materials is limited to the Court and the parties listed above.

So ORDERED, this _18th_ day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1